# UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF MICHIGAN

**STEVEN KITTLE**

        Plaintiff(s)

v.

**AMERICA'S TEST KITCHEN LP**

        Defendant(s)

**CASE NUMBER: 2:19-CV-11757-TGB-MKM**

**AFFIDAVIT OF CORPORATE SERVICE**

I, Merrill Smallwood, JD, Constable, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **June 24, 2019** at approximately **2:16 PM**, Elite Legal Services received the within **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT JURY TRIAL DEMANDED; EXHIBITS; CIVIL COVER SHEET**.

On **June 26, 2019** at approximately **4:11 PM**, I served the above documents on **AMERICA'S TEST KITCHEN, LP** by leaving the documents with **JACKIE FORD**, the **CFO & MANAGING AGENT** of **AMERICA'S TEST KITCHEN, LP**. The approximate description of **JACKIE FORD** is:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Age: **45** - Height: **6'** - Weight: **170 lbs**

Service was effected at **AMERICA'S TEST KITCHEN, 21 DRYDOCK AVE., SUITE 210E, BOSTON, MA 02210** in **SUFFOLK** county.

STATE OF _Mass_

COUNTY OF _Norfolk_

Signed and sworn to before me on
this _11th_ day of _July_ ; 20 _19_ .

_Surriya Jabeen Siddiqui_
Notary Public

X _Merrill Smallwood_
**Merrill Smallwood, JD, Constable**

SURRIYA J. SIDDIQUI
Notary Public
Commonwealth of Massachusetts
My Commission Expires
January 22. 2021

Elite Legal Services
1685 S. Colorado Blvd. Suite S-180
Denver, CO 80222
303-635-6934

Client Reference Number:
Lawyer Reference Number:
ELS Number: **51509**

BURSOR & FISHER, P.A.
888 SEVENTH AVE.
NEW YORK, NY 10019
Requestor: REBECCA RICHTER
646.837.7150