UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN KITTLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; LEAH CHELONE, CAROL BOLOGNINO,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICA'S TEST KITCHEN LP,<br><br>Defendant. | 2:19-CV-11757-TGB<br><br>ORDER<br><br>HONORABLE TERRENCE G. BERG |

## ORDER OF DISMISSAL

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

DATED this 27th day of May, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge